

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2022

**BY ECF AND EMAIL**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application Granted
>
> Valerie Figueredo, U.S.M.J.
> DATED: 12/20/2022
>
> The Government's request to revoke Mr. Stroman's bail is granted. Should Mr. Stroman be released from state custody, he will be detained pending trial in this matter.

      Re:    *United States v. Alex Stroman*, 22 Mag. 9171

Dear Judge Figueredo: 12/20

      The Government respectfully submits this letter to alert the Court of a recent development that bears on the danger to the community posed by Alex Stroman, the defendant, and to request that the Court revoke the defendant's bail order and order him detained.[1]

      The defendant was arrested on December 7, 2022, having been charged by Complaint with conspiracy to commit a Hobbs Act robbery, committing a Hobbs Act robbery, and aiding and abetting the brandishing of a firearm in connection with the Hobbs Act robbery, in violation of 18 U.S.C. §§ 1951, 924(c)(1), and 2. At his presentment that same day, the Government sought detention, arguing that no condition or set of conditions could assure the safety of the community. Following a bail argument, this Court ordered the defendant released on conditions to be met by December 21, 2022.[2] After deliberation, the Government did not appeal the bail order to the Part I Judge.

      The Government has learned that the defendant was arrested on December 15, 2022 on New York state attempted second-degree murder, first-degree robbery, and first-degree assault charges in connection with a robbery and non-fatal shooting that occurred on or about November 12, 2022. The facts of the state case are egregious. The defendant is alleged to have entered the backseat of two victims' car with another co-conspirator under the pretense of selling a smartphone to the victims. Instead, the defendant, the co-conspirator who entered the car with the defendant, and another co-conspirator standing at the driver's side of the door all displayed firearms and demanded the victims' glasses, jewelry, and Rolex watch. The defendant and the co-conspirator

---

[1] Based on discussions with defense counsel in this case, the Government understands that counsel consents to detention on the basis that the defendant is currently in state custody, without any admission as to the facts underlying the state case.

[2] As of today's date, the defendant has not yet satisfied all of the conditions of release in connection with this case.

sitting in the back seat with the defendant then shot the victims multiple times from behind before fleeing. The victims fled in the vehicle for several blocks before stopping and being taken to the hospital. The Government understands that the defendant is currently in state custody, and the next date in Kings Criminal Court is currently scheduled for December 21, 2022.

In light of this recent—and extremely serious—development, the Government respectfully requests that the Court revoke its order releasing the defendant on conditions and order the defendant detained pending trial in this matter.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

By: _____
                                          Jerry J. Fang
                                          Assistant United States Attorney
                                          Southern District of New York
                                          Tel. 212-637-2584

cc: Zawadi Baharanyi, Esq. (by ECF and email)